# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1404**
**CAF 10-01820**
PRESENT: SMITH, J.P., FAHEY, CARNI, SCONIERS, AND GORSKI, JJ.

IN THE MATTER OF ALEXA P. AND AIRIANA P.
-----------------------------------------------
ONTARIO COUNTY DEPARTMENT OF SOCIAL SERVICES,                    ORDER
PETITIONER-RESPONDENT;

JAIME P., RESPONDENT-APPELLANT.

DEETZA G. BENNO, BATH, FOR RESPONDENT-APPELLANT.

JOHN W. PARK, COUNTY ATTORNEY, CANANDAIGUA (HOLLY A. ADAMS OF
COUNSEL), FOR PETITIONER-RESPONDENT.

MARYBETH D. BARNET, ATTORNEY FOR THE CHILDREN, CANANDAIGUA, FOR ALEXA
P. AND AIRIANA P.

-------------------------------------------------------------------------------

Appeal from an order of the Family Court, Ontario County (William
F. Kocher, J.), entered August 4, 2010 in a proceeding pursuant to
Social Services Law § 384-b.  The order, among other things,
transferred guardianship and custody of the subject children to
petitioner.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Matter of Shawn A. [Milisa C.B.]*, 85 AD3d 1598, *lv
denied* 17 NY3d 713).

Entered:  December 23, 2011                     Frances E. Cafarell
                                                Clerk of the Court